STATE OF CONNECTICUT *v.* RICHARD L. CLARK

The defendant's petition for certification for appeal from the Appellate Court, 24 Conn. App. 115, is denied.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.,* assistant state's attorney, in opposition.

Decided March 21, 1991

CLARETTE LEMONIOUS *v.* J. WILLIAM BURNS, COMMISSIONER OF TRANSPORTATION, ET AL.

The defendant commissioner of transportation's petition for certification for appeal from the Appellate Court, 23 Conn. App. 735, is denied.

*Louis B. Blumenfeld,* in support of the petition.

*Allisan L. Adams,* in opposition.

Decided March 27, 1991

MORTON SAMOSE *v.* HAMMER-PASSERO NORWALK CHIROPRACTIC GROUP, P.C., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 24 Conn. App. 99, is denied.

*William F. Gallagher,* in support of the petition.

*Carl A. Secola, Jr.,* in opposition.

Decided March 27, 1991

BOYER AGENCY, INC. *v.* PAUL BELETSKY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 24 Conn. App. 812, is denied.

*Raymond L. Baribeault, Jr.,* in support of the petition.

Decided March 27, 1991